UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAQUAN COLLINS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARKS, et al.,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-00018-MMD-CSD<br><br>**ORDER** |

On September 4, 2025, the Court entered an order screening Plaintiff's civil-rights complaint, dismissing the complaint with leave to amend, and directing Plaintiff to file an amended complaint by December 3, 2025. (ECF No. 6.) Before that deadline expired, Plaintiff submitted a letter suggesting that he may not have received the Court's prior order. (*See* ECF No. 8.) Therefore, the Court will re-send Plaintiff a courtesy copy of its prior order.

It is therefore ordered that the Clerk of Court send a courtesy copy of the Court's prior order (ECF No. 6) to Plaintiff at Northern Nevada Correctional Center.

It is further ordered that the prior order (ECF No. 6) remains in effect, such that the deadline for Plaintiff to file an amended complaint is **December 3, 2025**.

It is further ordered that, if Plaintiff does not file an amended complaint by **December 3, 2025**, this case will be dismissed without prejudice.

DATED: October 28, 2025.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE